**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO: **14-41990** |
| **Rickey W. Wright** ) | |
| ) | Chapter 13 |
| SSN(s): **xxx-xx-1981** ) | |
| **637 Lookout Trail** ) | |
| **Plano, TX 75023** ) | |
| ) | |
| ) | |
| ) | |
| Debtor ) | |

**You should read this Plan carefully and discuss it with your attorney. Confirmation of this Plan by the Bankruptcy Court may modify your rights by providing for payment of less than the full amount of your claim, by setting the value of the collateral securing your claim, and/or by setting the interest rate on your claim.**

# CHAPTER 13 PLAN

Debtor or Debtors (hereinafter called "Debtor") proposes this Chapter 13 Plan:

1. **Submission of Income.** Debtor submits to the supervision and control of the Chapter 13 Trustee ("Trustee") all or such portion of future earnings or other future income of Debtor as is necessary for the execution of this Plan.

2. **Plan Payments and Length of Plan.** Debtor will pay the sum of **see below** per **month** to Trustee by ☐ Payroll Deduction(s) or by ☑ Direct Payment(s) for the period of **60** months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. See 11 U.S.C. §§ 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

   The following alternative provision will apply if selected:

   ☑ Variable Plan Payments

   | Beginning Month | Ending Month | Amount of Monthly Payment | Total |
   |---|---|---|---|
   | 1 (10/18/2014) | 60 (09/18/2019) | $1,055.00 | $63,300.00 |
   | | | Grand Total: | $63,300.00 |

   Reason for Variable Plan Payments:

3. **Payment of Claims. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief.**
Allowed claims shall be paid to the holders thereof in accordance with the terms thereof. From the monthly payments described above, the Chapter 13 Trustee shall pay the following allowed claims in the manner and amounts specified. Claims filed by a creditor designated as secured or priority but which are found by the Court to be otherwise shall be treated as set forth in the Trustee's Recommendation Concerning Claims.

4. **Administrative Claims.** Trustee will pay in full allowed administrative claims and expenses pursuant to § 507(a)(2) as set forth below, unless the holder of such claim or expense has agreed to a different treatment of its claim.

   (A). **Trustee's Fees.** Trustee shall receive a fee for each disbursement, the percentage of which is fixed by the United States Trustee.

   (B). **Debtor's Attorney's Fees.** The total attorney fee as of the date of filing of the petition is ___**$3,500.00**___. The amount of ___**$1,000.00**___ was paid prior to the filing of the case. The balance of ___**$2,500.00**___ will be paid ☑ from first funds upon confirmation, or in the alternative ☐ from the remaining balance of funds available after specified monthly payments. The total attorney fees are subject to reduction by notice provided in the Trustee's Recommendation Concerning Claims to an amount consistent with LBR 2016(h) absent a certification from debtors attorney regarding legal services provided pertaining to automatic stay litigation occurring in the case.

5. **Priority Claims.**

   (A). **Domestic Support Obligations.**

   ☑ None. If none, skip to Plan paragraph 5(B).

   (i). Debtor is required to pay all post-petition domestic support obligations directly to the holder of the claim.

   (ii). The name(s) and address(es) of the holder of any domestic support obligation are as follows. See 11 U.S.C. §§ 101(14A) and 1302(b)(6).

   (iii). Anticipated Domestic Support Obligation Arrearage Claims

   (a). Unless otherwise specified in this Plan, priority claims under 11 U.S.C. § 507(a)(1) will be paid in full pursuant to 11 U.S.C. § 1322(a)(2). These claims will be paid at the same time as claims secured by personal property, arrearage claims secured by real property, and arrearage claims for assumed leases or executory contracts.

   ☑ None; or

| (a)<br>Creditor<br>(Name and Address) | (b)<br>Estimated arrearage claim | (c)<br>Projected monthly arrearage payment |
|---|---|---|
| | | |

   (b). Pursuant to §§ 507(a)(1)(B) and 1322(a)(4), the following domestic support obligation claims are assigned to, owed to, or recoverable by a governmental unit.

   ☑ None; or

   Claimant and proposed treatment:

| (a)<br>Claimant | (b)<br>Proposed Treatment |
|---|---|
| | |

   (B). **Other Priority Claims (e.g., tax claims).** These priority claims will be paid in full, but will not be funded until after all secured claims, lease arrearage claims, and domestic support claims are paid in full.

| (a)<br>Creditor | (b)<br>Estimated claim |
|---|---|
| **Comptroller of Public Accounts** | $386.90 |
| **IRS** | $15,142.00 |

___

6. **Secured Claims.**

   (A). **Claims Secured by Personal Property Which Debtor Intends to Retain.**

   (i). **Pre-confirmation adequate protection payments.**   Unless the Court orders otherwise, no later than 30 days after the date of the filing of this plan or the order for relief, whichever is earlier, the Debtor shall make the following adequate protection payments to creditors pursuant to § 1326(a)(1)(C). If the Debtor elects to make such adequate protection payments on allowed claims to the Trustee pending confirmation of the plan, the creditor shall have an administrative lien on such payment(s), subject to objection. If Debtor elects to make such adequate protection payments directly to the creditor, Debtor shall provide evidence of such payment to the Trustee, including the amount and date of the payment, as confirmation is prohibited without said proof.

   Debtor shall make the following adequate protection payments:

   ☐ directly to the creditor; or

   ☑ to the Trustee pending confirmation of the plan.

| (a) Creditor | (b) Collateral | (c) Adequate protection payment amount |
|---|---|---|
| **Ford Motor Credit** | **2002 Ford F150** | **$155.00** |

   (ii). **Post confirmation payments.**   Post-confirmation payments to creditors holding claims secured by personal property shall be paid as set forth in subparagraphs (a) and (b). If Debtor elects to propose a different method of payment, such provision is set forth in subparagraph (c).

   (a). **Claims to Which § 506 Valuation is NOT Applicable.** Claims listed in this subsection consist of debts secured by a purchase money security interest in a vehicle for which the debt was incurred within 910 days of filing the bankruptcy petition, or, if the collateral for the debt is any other thing of value, the debt was incurred within 1 year of filing.  See § 1325(a)(5). After confirmation of the plan, the Trustee will pay to the holder of each allowed secured claim the monthly payment in column (f) based upon the amount of the claim in column (d) with interest at the rate stated in column (e).  Upon confirmation of the plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

   ☑ None; or

| (a) Creditor; and (b) Collateral | (c) Purchase date | (d) Estimated Claim | (e) Interest rate | (f) Monthly payment |
|---|---|---|---|---|
|  |  |  |  |  |

   (b). **Claims to Which § 506 Valuation is Applicable.**  Claims listed in this subsection consist of any claims secured by personal property not described in Plan paragraph 6(A)(ii)(a). After confirmation of the plan, the Trustee will pay to the holder of each allowed secured claim the monthly payment in column (f) based upon the replacement value as stated in column (d) or the amount of the claim, whichever is less, with interest at the rate stated in column (e). The portion of any allowed claim that exceeds the value indicated below will be treated as an unsecured claim. Upon confirmation of the plan, the valuation and interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

   ☐ None; or

Case No:   14-41990
Debtor(s):   **Rickey W. Wright**

| (a) Creditor; and (b) Collateral | (c) Purchase date | (d) Replacement value | (e) Interest rate | (f) Monthly payment |
|---|---|---|---|---|
| **Ford Motor Credit** **2002 Ford F150** | 2005 | $1,500.00 | 0.00% | $24.16 Avg. Month(s) 3-60 |

(B). **Claims Secured by Real Property Which Debtor Intends to Retain.** Debtor will make all post-petition mortgage payments directly to each mortgage creditor as those payments ordinarily come due. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter, unless this Plan provides otherwise. Trustee may pay each allowed arrearage claim at the monthly rate indicated below until paid in full. Trustee will pay interest on the mortgage arrearage if the creditor requests interest, unless an objection to the claim is filed and an order is entered disallowing the requested interest.

| (a) Creditor; and (b) Property description | (c) Estimated pre-petition arrearage | (d) Interest rate | (e) Projected monthly arrearage payment |
|---|---|---|---|
| **America's Servicing Company** **637 Lookout Trl., Plano, TX, 75023** | $37,068.00 | 0.00% | $639.10 Avg. Month(s) 3-60 |

(C). **Surrender of Collateral.** Debtor will surrender the following collateral no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. Any involuntary repossession/foreclosure prior to confirmation of this Plan must be obtained by a filed motion and Court order, unless the automatic stay no longer applies under § 362(c). Upon Plan confirmation, the automatic stay will be deemed lifted for the collateral identified below for surrender and the creditor need not file a Motion to Lift Stay in order to repossess, foreclose upon or sell the collateral. Nothing herein is intended to lift any applicable co-Debtor stay, or to abrogate Debtor's state law contract rights.

| (a) Creditor | (b) Collateral to be surrendered |
|---|---|
|  |  |

(D). **Void Lien:** The secured creditors listed below hold a non-purchase money, non-possessory security interest on Debtor's exempt property. Their lien will be voided pursuant to 11 U.S.C. § 522(f) and their claim treated as unsecured and paid pursuant to paragraph 7 below:

| Name of Creditor | Collateral Description | Estimated Claim |
|---|---|---|
|  |  |  |

7. **Unsecured Claims.** Debtor estimates that the total general unsecured debt not separately classified in Plan paragraph 12 is   **$196,221.12**   . After all other classes have been paid, Trustee will pay to the creditors with allowed general unsecured claims a pro rata share of   **$472.10**   . Trustee is authorized to increase this dollar amount if necessary, in order to comply with the applicable commitment period stated in paragraph 2 of this Plan.

8. **Executory Contracts and Unexpired Leases.** All executory contracts and unexpired leases are assumed, unless rejected herein. Payments due after the filing of the case will be paid directly by Debtor (c) or through the plan by the Trustee (d), as set forth below.

Debtor proposes to cure any default by paying the arrearage on the assumed leases or unexpired contracts in the amounts projected in column (e) at the same time that payments are made to secured creditors.  All other executory contracts and unexpired leases of personal property are rejected upon conclusion of the confirmation hearing.

☑ None; or

| (a) Creditor; and (b) Nature of lease or executory contract | (c) Payment to be paid directly by Debtor | (d) Payment to be paid through plan by Trustee | (e) Projected arrearage monthly payment through plan (for informational purposes) |
|---|---|---|---|
| | | | |

9. **Property of the Estate.**  Upon confirmation of this plan, title of the property of the estate shall vest in DEBTOR(S), unless the Court orders otherwise.

10. **Post-petition claims.**   The DEBTOR(S) will not incur any post-petition consumer debt except upon written approval of the Court or the Standing Chapter 13 Trustee.  Post-petition claims will be allowed only as specified in 11 U.S.C. § 1305.

11. **General Provisions.**  Post-Petition earnings during the pendency of this case shall remain property of the estate notwithstanding section 1327.  Any remaining funds held by the Trustee after dismissal or conversion of a confirmed plan may be distributed to creditors pursuant to these provisions.  Notwithstanding section 1329(a), the Trustee may bring a motion anytime within the applicable commitment period of the Plan to modify debtor's Plan to meet the criteria of section 1325(b).  Any funds sent to the debtor(s) in care of the Trustee, during the pendency of this case may be deposited to the debtor's account and disbursed to creditors holding allowed claims pursuant to this Plan, the Confirmation Order, and/or as set forth in the Trustee's Recommendation Concerning Claims.

12. **Other Provisions:**

   (A). **Special classes of unsecured claims.**

| Name of Unsecured Creditor | Remarks |
|---|---|
| | |

   (B). **Other direct payments to creditors.**

| Name of Creditor | Remarks |
|---|---|
| | |

**America's Servicing Company**

   (C). **Additional provisions.**

   Notwithstanding any provision herein to the contrary, the deadline for the Trustee to file the Trustee's Recommendation Concerning Claims, as well as the deadline for filing objections to the Trustee's Recommendation Concerning Claims and objections to claims shall be governed by Local Bankruptcy Rule 3015(g).


   Debtor(s) to pay all property taxes direct, unless escrowed by mortgage company and in that case, mortgage company is to pay property taxes directly.


Special Note: This plan is intended as an exact copy of the recommended form prepared by the Standing Chapter 13 Trustees for this District, except as to any added paragraphs after paragraph 11 above.  The Chapter 13 trustee shall be held harmless for any changes in this plan from the recommended form dated July 1, 2005.

Case No:    14-41990
Debtor(s):  **Rickey W. Wright**

---

Date:  **September 19, 2014**          **/s/ Rickey W. Wright**
                                        Rickey W. Wright, Debtor

**/s/ Robert E. Barron**
Robert E. Barron, Debtor's Attorney

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Rickey W. Wright**                          CASE NO.  **14-41990**
               *Debtor*

                                                      CHAPTER  **13**

               *Joint Debtor*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 19, 2014, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

/s/ Robert E. Barron
Robert E. Barron
Bar ID:01820800
Barron & Barron, LLP
P.O. Box 1347
Nederland, Texas 77627
(409) 727-0073

| | | |
|---|---|---|
| ADT Security Services<br>01200102363282<br>PO Box 371956<br>Pittsburgh, PA 15250 | America's Servicing Company<br>1205181347<br>P.O. Box 10328<br>Des Moines, IA 50306 | Best Buy Reward Zone Mastercard<br>5268-3500-0683-7012<br>PO Box 60102<br>City of Industry, CA 91716 |
| ADT Security Services<br>c/o Sko Brenner American<br>PO Box 9320<br>Baldwin, NY 11510 | Ameripath<br>70AV 14384595<br>PO Box 830913<br>Birmingham, AL 35283-0913 | BMW Anesthesiology, P.A.<br>G7140<br>7777 Forest Lane, Suite B-238<br>Dallas, TX 75230 |
| Allied Waste<br>3-0794-0002034<br>4200 E. 14th St.<br>Plano, TX 75074-7102 | AmeriPath Dallas AP<br>70AV14384595<br>DFW 5.01(A) Corp<br>PO Box 740976<br>Cincinnati, OH 45274-0976 | Capital One Auto<br>5444470<br>POB 260848<br>Plano, TX 75026 |
| Ambulatory Endoscopy Clinic of Dallas<br>51022<br>PO Box 100627<br>Atlanta, GA 30384-0627 | Ascension Capital Group Inc.<br>Attn: Capital One Auto Finance Dept<br>P.O. Box 201347<br>Arlington, TX 76006 | Capital One Bank<br>5178-0525-6041-4555<br>PO Box 60599<br>City of Industry, CA 91716 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  Rickey W. Wright                           CASE NO.  14-41990
_____
*Debtor*

                                                   CHAPTER  13
_____
*Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #1)

---

Chase (Amazon.com)
4640-1820-3089-5779
PO Box 94014
Palatine, IL 60094

Digestive Health Assoc. of TX
1982496
7610 Stemmons Fwy., Ste. 500
Dallas, TX 75247

Gaines Real Estate Company
PO Box 670573
Dallas, TX 75367


Chase Cardmember Services
5542-8504-0071-1414
PO Box 94014
Palatine, IL 60094

Digestive Health Mgmt
JEF579
c/o Frost-Arnett Company
PO Box 198988
Nashville, TN 37219-8988

GE Money
0004001000150596915
c/o Academy Collection Service
10965 Decatur Rd.
Philadelphia, PA 19154


Chase Cardmember Services
c/o Hilco Receivables
2075 W. Big Beaver Rd. #200
Troy, MI 48084

ENT Specialists of North TX, P.A.
21942
4001 West 15th Street, Suite 335
Plano, TX 75093-5841

GE Money
6/2007
PO Box 96001
Orlando, FL 32896-0061


Compass Inspire Mastercard
PO Box 60102
City of Industry, CA 91716

Ford Credit
38871043
c/o Penncro
PO Box 538
Oaks, PA 19456

GE Money (Lowes Visa)
4940-6524-9772-4289
c/o Academy Collection Service
10965 Decatur Rd.
Philadelphia, PA 19154


Compass Inspire Mastercard
c/o NAFS
PO Box 9027
Williamsville, NY 14231

Ford Motor Credit
38871043
POB 650575
Dallas, TX 75265

GE Money Bank
c/o Recovery Management Systems Corp
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605


Comptroller of Public Accounts
3-20061-1109-3
111 E. 17th St.
Austin, TX 78774

Ford Motor Credit
42564401
POB 650575
Dallas, TX 75265

GE Money Bank (Discount Tire)
6019180055481523
PO Box 960061
Orlando, FL 32896


CZC Resources LLC
56 Perimieter Center East, Ste. 100
Atlanta, GA 30346

Ford Motor Credit Company
38871043
PO Box 152271
Irving, TX 75016-2271

GE Money Bank (Pep Boys)
6019180917224608
PO Box 960061
Orlando, FL 32896

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE: Rickey W. Wright                                             CASE NO. 14-41990
_____
*Debtor*

_____                                   CHAPTER 13
*Joint Debtor*

### CERTIFICATE OF SERVICE
(Continuation Sheet #2)

---

| | | |
|---|---|---|
| GEMB (JCPenny)<br>47695438041<br>PO Box 960090<br>Orlando, FL 32896 | HSBC Card Services<br>54404550089747870102<br>PO Box 60102<br>City of Industry, CA 91716 | HSBC Retail Services (Rooms to Go)<br>0788605900017561<br>PO Box 60107<br>City of Industry, CA 91716 |
| Hoboken Floors<br>13134550<br>c/o Ross Gelfand, LLC<br>PO Box 1870<br>Roswell, GA 30077 | HSBC Card Services<br>c/o Professional Recovery Services<br>PO Box 1880<br>Voorhees, NJ 08043 | HSBC Retail Services (Rooms to Go)<br>c/o Central Portfolio Control<br>6640 Shady Oak Rd. #300<br>Eden Prairie, MN 55344 |
| Home Depot Credit Services<br>6035320223248681<br>PO Box 182676<br>Columbus, OH 43218 | HSBC Card Services (Discover)<br>PO Box 60136<br>City of Industry, CA 91716 | Internal Revenue Service<br>POB 21126<br>Philadelphia, PA 19114 |
| Home Depot Credit Services<br>6035322014725638<br>PO Box 6029<br>The Lakes, NV | HSBC Card Services (Orchard)<br>c/o NAFS<br>PO Box 9027<br>Buffalo, NY 14231 | IRS<br>P.O. Box 21126<br>Philadelphia, PA 19144 |
| Home Service Store<br>c/o Barrett & Garcia<br>3821 Juniper Trace, Ste. 108<br>Austin, TX 78738 | HSBC Card Services (Orchard)<br>5413-3600-5178-8725<br>P.O. Box 60102<br>City of Industry, CA 91716 | IRS<br>POB 660169<br>Dallas, TX 75266 |
| HSBC Card Services<br>5440-4550-0897-4787<br>PO Box 60102<br>City of Industry, CA 91716 | HSBC Payment Center (Discover)<br>c/o Evans Associates<br>3842 Harlem Rd. #400-329<br>Buffalo, NY 14215 | Janna L. Countryman<br>P.O. Box 941166<br>Plano, TX 75094-1166 |
| HSBC Card Services<br>c/o Allied Interstate<br>PO Box 361774<br>Columbus, OH 43236 | HSBC Payment Center (Discover)<br>c/o NCA<br>PO Box 3023<br>Hutchinson, KS 67504 | Kenneth Hsu, MD<br>21942<br>c/o ENT Specialists of North TX, P.A<br>4001 West 15th Street, Suite 335<br>Plano, TX 75093-5841 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Rickey W. Wright**                        CASE NO. **14-41990**
_Debtor_

                                                    CHAPTER **13**
_Joint Debtor_

**CERTIFICATE OF SERVICE**
(Continuation Sheet #3)

---

Khol's
0469738033
PO Box 30510
Los Angeles, CA 90030

Medical City Dallas Hospital
726078074
PO Box 740782
Cincinnati, OH 45274-0782

Shell Processing Center
c/o LTD Financial Services
7332 Southwest Freeway #1600
Houston, TX 77074


Kroger Personal Finance
5102410109773658
PO Box 42022
Providence, RI 02940

Merick Bank
4120-6130-4803-9306
PO Box 5721
Hicksville, NY 11802

Sunland Properties Inc.
PO Box 670573
Dallas, TX 75367


Kroger Personal Finance
c/o Richard J Boudreau & Associates
5 Industrial Way
Salem, NH 03079

North Texas Cancer Center
860841
3705 W. 15th Street
Plano, TX 75075

Tara Energy
0707130022
1900 St. James #300
Houston, TX 77056


Lease Finance Group
0801153A
233 N. Michigan Ave. #1800
Chicago, IL 60601

Paramount Recovery Systems
PO Box 788
Lorena, TX 76655

Target National Bank
427925436
PO Box 59317
Minneapolis, MN 55459


Medical City Dallas Hosp
63146421.1
c/o Specialized Collection Systems, Inc.
PO Box 441508
Houston, TX 77244-1508

Radiology Consultants of North Texas
447699
PO Box 740608
Dallas, TX 75374

Texas Department Public Safety
POB 4087
Austin, TX 78773


Medical City Dallas Hosp.
5023*46421
PO Box 670722
Dallas, TX 75367-0722

Rickey W. Wright
637 Lookout Trail
Plano, TX 75023

Texas Oncology Medical City PJT
860841
7777 Forest Lane C-850
Dallas, TX 75230


Medical City Dallas Hospital
726078074
Patient Accts Dept.
PO Box 639400
Irving, TX 75063

Shell Processing Center
155703093
PO Box 183018
Columbus, OH 43218

Texas Oncology PA Medical City
PO Box 911230
Dallas, TX 75391

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE:   Rickey W. Wright                                   CASE NO.   14-41990
                    *Debtor*

                                                            CHAPTER   13
                    *Joint Debtor*

**CERTIFICATE OF SERVICE**

(Continuation Sheet #4)

Texas Oncology PA Plano
860841
POB 732175
Dallas, TX 75373-2175


Travelocity Card Services
5148-8750-0020-9756
PO Box 13337
Philadelphia, PA 19101


TXU Energy
1274840
c/o Greenberg, Grant & Richards, Inc.
5858 Westheimer Rd., Suite 500
Houston, TX 77057


U.S. Attorney General
Main Justice Building
10th and Constitution Ave NW
Washington, DC 20530-0001


United States Attorney's Office
110 North College Ave., Ste 700
Tyler, Texas 75702-0204


Verizon
2853252884130220
c/o Solomon and Solomon P.C.
Five Columbia Circle
Albany, NY 12203

```
Label Matrix for local noticing          ADT Security Services              ADT Security Services
0540-4                                    PO Box 371956                     c/o Sko Brenner American
Case 14-41990                             Pittsburgh, PA 15250-7956         PO Box 9320
Eastern District of Texas                                                   Baldwin, NY 11510-9320
Sherman
Fri Sep 19 11:05:22 CDT 2014

Allied Waste                              Ambulatory Endoscopy Clinic of Dallas    AmeriPath Dallas AP
4200 E. 14th St.                          PO Box 100627                            DFW 5.01(A) Corp
Plano, TX 75074-7102                      Atlanta, GA 30384-0627                   PO Box 740976
                                                                                   Cincinnati, OH 45274-0976


America's Servicing Company               Ameripath                         Ascension Capital Group Inc.
P.O. Box 10328                            PO Box 830913                     Attn: Capital One Auto Finance Dept
Des Moines, IA 50306-0328                 Birmingham, AL 35283-0913         P.O. Box 201347
                                                                            Arlington, TX 76006-1347


BMW Anesthesiology, P.A.                  Robert E. Barron                  Barron & Barron, LLP
7777 Forest Lane, Suite B-238             P.O. Box 1347                     P.O. Box 1347
Dallas, TX 75230-6814                     Nederland, TX 77627-1347          Nederland, Texas 77627-1347


Best Buy Reward Zone Mastercard           CZC Resources LLC                 Capital One Auto
PO Box 60102                              56 Perimieter Center East, Ste. 100    POB 260848
City of Industry, CA 91716-0102           Atlanta, GA 30346-2214            Plano, TX 75026-0848


Capital One Bank                          Chase (Amazon.com)                Chase Cardmember Services
PO Box 60599                              PO Box 94014                      PO Box 94014
City of Industry, CA 91716-0599           Palatine, IL 60094-4014           Palatine, IL 60094-4014


Chase Cardmember Services                 Compass Inspire Mastercard        Compass Inspire Mastercard
c/o Hilco Receivables                     PO Box 60102                      c/o NAFS
2075 W. Big Beaver Rd. #200               City of Industry, CA 91716-0102   PO Box 9027
Troy, MI 48084-3438                                                         Williamsville, NY 14231-9027


(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS   Janna L. Countryman               Digestive Health Assoc. of TX
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION    P. O. Box 941166             7610 Stemmons Fwy., Ste. 500
PO BOX 13528                              Plano, TX 75094-1166              Dallas, TX 75247-4251
AUSTIN TX 78711-3528


Digestive Health Mgmt                     ENT Specialists of North TX, P.A.    Ford Credit
c/o Frost-Arnett Company                  4001 West 15th Street, Suite 335     c/o Penncro
PO Box 198988                             Plano, TX 75093-5859                 PO Box 538
Nashville, TN 37219-8988                                                       Oaks, PA 19456-0538


Ford Motor Credit                         Ford Motor Credit Company         GE Money
POB 650575                                PO Box 152271                     PO Box 96001
Dallas, TX 75265-0575                     Irving, TX 75015-2271             Orlando, FL 32896-0061
```

| | | |
|---|---|---|
| GE Money<br>c/o Academy Collection Service<br>10965 Decatur Rd.<br>Philadelphia, PA 19154-3210 | GE Money (Lowes Visa)<br>c/o Academy Collection Service<br>10965 Decatur Rd.<br>Philadelphia, PA 19154-3210 | GE Money Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| GE Money Bank (Discount Tire)<br>PO Box 960061<br>Orlando, FL 32896-0061 | GE Money Bank (Pep Boys)<br>PO Box 960061<br>Orlando, FL 32896-0061 | GEMB (JCPenny)<br>PO Box 960090<br>Orlando, FL 32896-0090 |
| Gaines Real Estate Company<br>PO Box 670573<br>Dallas, TX 75367-0573 | HSBC Card Services<br>PO Box 60102<br>City of Industry, CA 91716-0102 | HSBC Card Services<br>c/o Allied Interstate<br>PO Box 361774<br>Columbus, OH 43236-1774 |
| HSBC Card Services<br>c/o Professional Recovery Services<br>PO Box 1880<br>Voorhees, NJ 08043-7880 | HSBC Card Services (Discover)<br>PO Box 60136<br>City of Industry, CA 91716-0136 | HSBC Card Services (Orchard)<br>P.O. Box 60102<br>City of Industry, CA 91716-0102 |
| HSBC Card Services (Orchard)<br>c/o NAFS<br>PO Box 9027<br>Buffalo, NY 14231-9027 | HSBC Payment Center (Discover)<br>c/o Evans Associates<br>3842 Harlem Rd. #400-329<br>Buffalo, NY 14215-1935 | HSBC Payment Center (Discover)<br>c/o NCA<br>PO Box 3023<br>Hutchinson, KS 67504-3023 |
| HSBC Retail Services (Rooms to Go)<br>PO Box 60107<br>City of Industry, CA 91716-0107 | HSBC Retail Services (Rooms to Go)<br>c/o Central Portfolio Control<br>6640 Shady Oak Rd. #300<br>Eden Prairie, MN 55344-7710 | Hoboken Floors<br>c/o Ross Gelfand, LLC<br>PO Box 1870<br>Roswell, GA 30077-1870 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Home Service Store<br>c/o Barrett & Garcia<br>3821 Juniper Trace, Ste. 108<br>Austin, TX 78738-5514 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Kenneth Hsu, MD<br>c/o ENT Specialists of North TX, P.A<br>4001 West 15th Street, Suite 335<br>Plano, TX 75093-5859 | Khol's<br>PO Box 30510<br>Los Angeles, CA 90030-0510 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| Kroger Personal Finance<br>c/o Richard J Boudreau & Associates<br>5 Industrial Way<br>Salem, NH 03079-4866 | Lease Finance Group<br>233 N. Michigan Ave. #1800<br>Chicago, IL 60601-5802 | Medical City Dallas Hosp<br>c/o Specialized Collection Systems, Inc.<br>PO Box 441508<br>Houston, TX 77244-1508 |
| Medical City Dallas Hosp.<br>PO Box 670722<br>Dallas, TX 75367-0722 | Medical City Dallas Hospital<br>PO Box 740782<br>Cincinnati, OH 45274-0782 | Medical City Dallas Hospital<br>Patient Accts Dept.<br>PO Box 639400<br>Irving, TX 75063-9400 |

| | | |
|---|---|---|
| Merick Bank<br>PO Box 5721<br>Hicksville, NY 11802-5721 | North Texas Cancer Center<br>3705 W. 15th Street<br>Plano, TX 75075-7787 | Paramount Recovery Systems<br>PO Box 788<br>Lorena, TX 76655-0788 |
| Radiology Consultants of North Texas<br>PO Box 740608<br>Dallas, TX 75374-0608 | Shell Processing Center<br>PO Box 183018<br>Columbus, OH 43218-3018 | Shell Processing Center<br>c/o LTD Financial Services<br>7332 Southwest Freeway #1600<br>Houston, TX 77086 |
| Sunland Properties Inc.<br>PO Box 670573<br>Dallas, TX 75367-0573 | TXU Energy<br>c/o Greenberg, Grant & Richards, Inc.<br>5858 Westheimer Rd., Suite 500<br>Houston, TX 77057-5645 | Tara Energy<br>1900 St. James #300<br>Houston, TX 77056-4128 |
| Target National Bank<br>PO Box 59317<br>Minneapolis, MN 55459-0317 | Texas Department Public Safety<br>POB 4087<br>Austin, TX 78773-0001 | Texas Oncology Medical City PJT<br>7777 Forest Lane C-850<br>Dallas, TX 75230-6902 |
| Texas Oncology PA Medical City<br>PO Box 911230<br>Dallas, TX 75391-1230 | Texas Oncology PA Plano<br>POB 732175<br>Dallas, TX 75373-2175 | Travelocity Card Services<br>PO Box 13337<br>Philadelphia, PA 19101-3337 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | U.S. Attorney General<br>Main Justice Building<br>10th and Constitution Ave NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| United States Attorney's Office<br>110 North College Ave., Ste 700<br>Tyler, Texas 75702-0204 | Verizon<br>c/o Solomon and Solomon P.C.<br>Five Columbia Circle<br>Albany, NY 12203-5180 | Rickey W. Wright<br>637 Lookout Trail<br>Plano, TX 75023-4817 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Comptroller of Public Accounts<br>111 E. 17th St.<br>Austin, TX 78774 | Home Depot Credit Services<br>PO Box 182676<br>Columbus, OH 43218 | (d)Home Depot Credit Services<br>PO Box 6029<br>The Lakes, NV |
| IRS<br>P.O. Box 21126<br>Philadelphia, PA 19144 | (d)IRS<br>POB 660169<br>Dallas, TX 75266 | (d)Internal Revenue Service<br>POB 21126<br>Philadelphia, PA 19114 |

Kroger Personal Finance
PO Box 42022
Providence, RI 02940

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Floors Done Wright

End of Label Matrix
Mailable recipients    80
Bypassed recipients     1
Total                  81